IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **16–22780 – DER**   Chapter: **13**

**Theresa Michelle Harris**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 66 – Application For Payment Of Unclaimed Funds from the Court Registry in the amount of $1217.19 Filed by Theresa Marquette Porter. (Attachments: # 1 Cover Letter # 2 Affidavit # 3 Supplement) (Maloney–Raymond, Michelle)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 3/24/20.**

**1. Claimant must provide a non redacted drivers license for Marquette Porter.**

**2. Claimant must provide an original W–9 document for the Deen Group, LLC. signed with original signatures, by Stephen Sahibdeen and Pearl Henry.**

**3. Claimant must provide a non redacted drivers license for Peal Henry, member of The Deen Group, LLC.**

**4. Claimant must provide an original Engagement Letter and Limited Power of Attorney signed by Pearl Henry.**

CURE: Please submit the above documents by the cure date shown above.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 3/10/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

cc:  Debtor
    Attorney for Debtor – PRO SE
    Creditor – Marquette Porter

defntc (rev. 12/12/2016)