# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **16–22780 – DER**   Chapter: **13**

**Theresa Michelle Harris**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 71 – Motion to Withdraw Unclaimed Funds from the Court Registry in the amount of $1.217.19 Filed by Pearl Henry . (Attachments: # 1 Affidavit # 2 Supplement) (Maloney–Raymond, Michelle) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 1/4/21.**<br><br>**1. If Ms. Henry is claiming the funds individually showing that the Deen Group, LLC is dissolved, she needs to send documentation to the Court that she was the (sole owner) of the Company and that she has the Authority to claim those funds as successor to the LLC. She also must provide documentation that the Company was dissolved.**<br><br>**2. If Ms. Henry is claiming the funds for the Deen Group, LLC, she must provide proof that she has the Authority to act on behalf of the Company and she must also provide an original W–9 with the Deen Group, LLC tax identification number.** |
| CURE: | Please correct by the cure date shown above. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/17/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Michelle Maloney–Raymond
410–962–4373

cc:   Debtor
      Attorney for Debtor – PRO SE
      Creditor – Pearl Henry

defntc (rev. 12/12/2016)